UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT ENTERTAINMENT, LLC,

    Plaintiff,

v.

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY,

    Defendant.

Case No. 21-cv-10661
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT'S INITIAL MOTION TO DISMISS (ECF No. 13)

On February 25, 2021, Plaintiff Detroit Entertainment, LLC filed this declaratory judgment and breach-of-contract action against its commercial property insurer, Defendant American Guarantee and Liability Insurance Company in the Wayne County Circuit Court. (*See* Compl., ECF No. 1-2.) American Guarantee thereafter removed the action to this Court and filed a motion to dismiss. (*See* Notice of Removal, ECF No. 1; Mot. to Dismiss, ECF No. 13.)

On April 27, 2021, the Court entered an order in which it provided Detroit Entertainment the opportunity to file a First Amended Complaint to address the purported deficiencies in the Complaint. (*See* Order, ECF No. 16.) The Court informed the parties that if Detroit Entertainment filed a First Amended Complaint,

1

it would terminate American Guarantee's pending motion to dismiss as moot. (*See id.*)

Detroit Entertainment has now filed a First Amended Complaint. (*See* First Am. Compl., ECF No. 18.)  Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** American Guarantee's initial motion to dismiss (ECF No. 13).

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  May 26, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 26, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764