UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT ENTERTAINMENT, LLC,

    Plaintiff,

v.

                                              Case No. 21-cv-10661
                                              Hon. Matthew F. Leitman

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY,

    Defendant.

_____/

## ORDER DIRECTING THE PARTIES TO FILE SUPPLEMENTAL BRIEFS

On September 22, 2021, the United States Court of Appeals for the Sixth Circuit issued a published decision in *Santo's Italian Café LLC v. Acuity Ins. Co.*, --- F.4th ---, 2021 WL 4304607 (6th Cir. Sept. 22, 2021). The Court **DIRECTS** the parties to submit supplemental briefs, of no more than five pages, discussing what impact, if any, the *Santo's Italian Café* decision has on the issues raised in Defendant's currently-pending motion to dismiss (ECF No. 21). The briefs shall be filed by no later than **October 25, 2021**.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 23, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764