**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT ENTERTAINMENT, L.L.C.,

Plaintiff,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,

Defendant.

Case No.: 4:21-cv-10661

Honorable Matthew F. Leitman

Magistrate Judge R. Steven Whalen

---

**INDEX OF EXHIBITS TO**
**PLAINTIFF DETROIT ENTERTAINMENT, L.L.C.'S**
**SECOND AMENDED COMPLAINT**

| **EXHIBIT NUMBER** | **DESCRIPTION** |
|---|---|
| 1 | Detroit Entertainment 2019-2020 Zurich Edge Policy |
| 2 | Tianna Hicklin, *Immune cells for common cold may recognize SARS-COV-2*, Nat'l Inst. Health (Aug. 18, 2020), https://www.nih.gov/news-events/nih-research-matters/immune-cells-common-cold-may-recognize-sars-cov-2 (last visited May 16, 2022). |
| 3 | Nathan Jeffay, *COVID proteins that trigger strokes and heart attacks identified by Israeli team*, Times Isr. (Nov. 3, 2021), https://www.timesofisrael.com/covid-pieces-that-trigger-strokes-and-heart-attacks-identified-by-israeli-team/?utm_source=dlvr.it&utm_medium=twitter (last visited May 16, 2022). |
| 4 | Lena H. Sun & Joel Achenbach, *CDC chief says coronavirus cases may be 10 times higher than reported*, Wash. Post (June 25, 2020), |

| | |
|---|---|
| | https://www.washingtonpost.com/health/2020/06/25/coronavirus-cases-10-times-larger/ (last visited May 16, 2022). |
| 5 | Ellen Cranley, *40% of people infected with Covid-19 are asymptomatic, a new CDC estimate says*, Bus. Insider (July 12, 2020), https://www.businessinsider.com/cdc-estimate-40-percent-infected-with-covid-19-asymptomatic-2020-7 (last visited May 16, 2022). |
| 6 | *Coronavirus disease 2019 (COVID-19) Situation Report – 73*, WHO (Apr. 2, 2020), https://apps.who.int/iris/bitstream/handle/10665/331686/nCoVsitrep02Apr2020-eng.pdf?sequence=1&isAllowed=y (last visited May 16, 2022). |
| 7 | Minghui Yang et al., *SARS-CoV-2 Detected on Environmental Fomites for Both Asymptomatic and Symptomatic Patients with COVID-19*, 203 Am. J. Respiratory & Critical Care Med. 3 (Feb. 1, 2021), https://www.atsjournals.org/doi/10.1164/rccm.202006-2136LE (last visited May 16, 2022). |
| 8 | Xi He et al., *Temporal dynamics in viral shedding and transmissibility of COVID-19*, 26 Nature Med. 672-75, 674 (Apr. 15, 2020), https://www.nature.com/articles/s41591-020-0869-5 (last visited May 16, 2022). |
| 9 | Lirong Zou et al., *SARS-CoV-2 Viral Load in Upper Respiratory Specimens of Infected Patients*, New Eng. J. Med. 382, 1177-79 (Mar. 19, 2020), https://www.nejm.org/doi/full/10.1056/NEJMc2001737 (last visited May 16, 2022). |
| 10 | Seyed M. Moghadas et al., *The implications of silent transmission for the control of COVID-19 outbreaks*, 117 PNAS 30, 17513-15 (July 28, 2020), https://www.pnas.org/content/117/30/17513 (last visited May 16, 2022). |
| 11 | Anthony R. Ives & Claudio Bozzuto, *Estimating and explaining the spread of COVID-19 at the county level in the USA*, 4 Commc'ns Biology 60 (Jan. 5, 2021), https://www.nature.com/articles/s42003-020-01609-6 (last visited May 16, 2022). |
| 12 | M. Cevik et al., *COVID-19 pandemic-a focused review for clinicians*, 26 Clinical Microbiology & Infection 7, 842-47 (July 1, 2020), https://www.clinicalmicrobiologyandinfection.com/article/S1198-743X(20)30231-7/fulltext (last visited May 16, 2022). |
| 13 | Shane Riddell et al., *The effect of temperature on persistence of SARS-CoV-2 on common surfaces*, 17 Virology J. 145 (Oct. 7, 2020), https://virologyj.biomedcentral.com/articles/10.1186/s12985-020- |

| | |
|---|---|
| | 01418-7 (last visited May 16, 2022). |
| 14 | *Q&A on coronaviruses (COVID-19)*, WHO (updated May 4, 2020), https://web.archive.org/web/20200506094904/https://www.who.int/emergencies/diseases/novel-coronavirus-2019/question-and-answers-hub/q-a-detail/q-a-coronaviruses (last visited May 16, 2022). |
| 15 | Lidia Morawska & Donald K. Milton, *It Is Time to Address Airborne Transmission of Coronavirus Disease 2019 (COVID-19)*, 71 Clinical Infectious Diseases 9, 2311-13 (Dec. 3, 2020), https://pubmed.ncbi.nlm.nih.gov/32628269/ (last visited May 16, 2022). |
| 16 | *Scientific Brief: Transmission of SARS-CoV-2: implications for infection prevention precautions*, WHO (July 9, 2020), https://www.who.int/news-room/commentaries/detail/transmission-of-sars-cov-2-implications-for-infection-prevention-precautions (last visited May 16, 2022). |
| 17 | Kevin P. Fennelly, *Particle sizes of infectious aerosols: implications for infection control*, 8 Lancet Respiratory Med. 9, P914-24 (Sept. 1, 2020), https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30323-4/fulltext (last visited May 17, 2022). |
| 18 | Lydia Bourouiba, *Turbulent Gas Clouds and Respiratory Pathogen Emissions, Potential Implications for Reducing Transmission of COVID-19*, 323 JAMA 18, 1837-38 (Mar. 26, 2020), https://jamanetwork.com/journals/jama/fullarticle/2763852 (last visited May 16, 2022). |
| 19 | Eric A. Meyerowitz et al., *Transmission of SARS-CoV-2: A Review of Viral, Host, and Environmental Factors*, Annals Internal Med. (Jan. 2021), https://www.acpjournals.org/doi/10.7326/M20-5008 (last visited May 16, 2022). |
| 20 | Jose-Luis Jimenez, *COVID-19 Is Transmitted Through Aerosols. We Have Enough Evidence, Now It Is Time to Act*, Time (Aug. 25, 2020), https://time.com/5883081/covid-19-transmitted-aerosols/ (last visited May 16, 2022). |
| 21 | Ramon Padilla & Javier Zarracina, *WHO agrees with more than 200 medical experts that COVID-19 may spread via the air*, USA Today (updated Sept. 21, 2020), www.usatoday.com/in-depth/news/2020/04/03/coronavirusprotection-how-masks-might-stop-spread-throughcoughs/5086553002/ (last visited May 16, 2022). |

| | |
|---|---|
| 22 | Wenzhao Chen et al., *Short-range airborne route dominates exposure of respiratory infection during close contact*, 176 Bldg. & Env't (June 2020), https://www.sciencedirect.com/science/article/pii/S0360132320302183 (last visited May 16, 2022). |
| 23 | Muge Cevik et al., *Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) Transmission Dynamics Should Inform Policy*, Clinical Infectious Diseases (Sept. 23, 2020), https://academic.oup.com/cid/advance-article/doi/10.1093/cid/ciaa1442/5910315 (last visited May 16, 2022). |
| 24 | Luis Almodóvar, *Breathing, speaking and shouting* (illustration), *in* Mariano Zafra & Javier Salas, *A room, a bar and a classroom: how the coronavirus is spread through the air*, El País (Oct. 29, 2020), https://english.elpais.com/society/2020-10-28/a-room-a-bar-and-a-class-how-the-coronavirus-is-spread-through-the-air.html?fbclid=IwAR1jmVExKaRBcT9-lUHc9RV-xBO-XIShPlFtZsdyn1ltCeoNEXwtV_YP4q0 (last visited May 16, 2022). |
| 25 | *Major modes of transmission of respiratory viruses during short-range and long-range transmission* (illustration), *in* Nancy H.L. Leung, *Transmissibility and transmission of respiratory viruses*, 19 Nature Revs. Microbiology 8, 528-45 (Aug. 2021), https://www.nature.com/articles/s41579-021-00535-6 (last visited May 16, 2022). |
| 26 | *The Cycle of Property Damage by Persons with COVID-19 in Air and On Surfaces* (illustration), *in* Treasure Island, LLC's Motion to Amend Complaint, Exhibit K at 11, Treasure Island, LLC v. Affiliated FM Ins. Co., No. 2:20-cv-00965-JCM-EJY (Mar. 8, 2021) (No. 85-2). |
| 27 | Francesco Franchimon, *image from REVHA COVID-19 Guidance Document(2)* (illustration), *in* Peter Rumsey et al., *COVID-19 and Office Building HVAC Responses*, PEI Blog (updated July 8, 2020), https://www.pointenergyinnovations.com/covid-19-and-office-building-hvac-responses/ (last visited May 16, 2022). |
| 28 | *Microscopic View of 3D Spherical Viruses – stock photo* (illustration), *in The COVID-19 virus can spread through the air – here's what it'll take to detect the airborne particles*, Conversation (Aug. 14, 2020), https://theconversation.com/the-covid-19-virus-can-spread-through-the-air-heres-what-itll-take-to-detect-the-airborne-particles-140149 (last visited May 16, 2022). |

| | |
|---|---|
| 29 | Mikko Auvinen & Antti Hellsten (animation), Marie Szaniszlo, *Simulation shows how the coronavirus can spread in supermarkets*, Boston Herald (updated Apr. 11, 2020), https://www.bostonherald.com/2020/04/09/simulation-shows-how-the-coronavirus-can-spread-in-supermarkets/ (last visited May 16, 2022). |
| 30 | David Mercer, *Coronavirus lingers in air longer than previously thought, scientists warn*, sky news (Apr. 10, 2020), https://news.sky.com/story/coronavirus-3d-model-reveals-how-covid-19-can-spread-in-supermarket-11971373 (last visited May 16, 2022). |
| 31 | *Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments*, CDC (updated Apr. 5, 2021), https://www.cdc.gov/coronavirus/2019-ncov/more/science-and-research/surface-transmission.html (last visited May 16, 2022). |
| 32 | Hua Qian et al., *Indoor transmission of SARS-CoV-2*, 31 Indoor Air 3, 639-45 (May 2021), https://pubmed.ncbi.nlm.nih.gov/33131151/ (last visited May 16, 2022). |
| 33 | Yuan Liu et al., *Aerodynamic analysis of SARS-CoV-2 in two Wuhan hospitals*, 582 Nature 7813, 557-60 (June 2020), https://pubmed.ncbi.nlm.nih.gov/32340022/ (last visited May. 17, 2022). |
| 34 | Jianyun Lu et al., *COVID-19 outbreak associated with air conditioning in restaurant, Guangzhou, China, 2020*, 26 Emerging Infectious Diseases 7 (July 2020), https://wwwnc.cdc.gov/eid/article/26/7/20-0764_article (last visited May 16, 2022). |
| 35 | Keun-Sang Kwon et al., *Evidence of Long-Distance Droplet Transmission of SARS-CoV-2 by Direct Air Flow in a Restaurant in Korea*, 35 J. Korean Med. Sci. 46, e415 (Nov. 30, 2020), https://jkms.org/DOIx.php?id=10.3346/jkms.2020.35.e415 (last visited May 16, 2022). |
| 36 | Karolina Nissen et al., *Long-distance airborne dispersal of SARS-CoV-2 in COVID-19 wards*, Sci. Reps. 10, 19589 (Nov. 11, 2020), https://www.nature.com/articles/s41598-020-76442-2 (last visited May 16, 2022). |
| 37 | Zahra Noorimotlagh et al., *A systematic review of possible airborne transmission of the COVID-19 virus (SARS-CoV-2) in the indoor air environment*, 193 Env't Rsch. 110612, 1-6 (Feb. 2021), https://www.sciencedirect.com/science/article/pii/S001393512031509 |

| | |
|---|---|
| | 7?dgcid=rss_sd_all (last visited May 16, 2022). |
| 38 | *Scientific Brief: SARS-CoV-2 Transmission*, CDC (updated May 7, 2021), https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/sars-cov-2-transmission.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fscience%2Fscience-briefs%2Fscientific-brief-sars-cov-2.html (last visited May 16, 2022). |
| 39 | *Ventilation in Buildings*, CDC (updated June 2, 2021), https://www.cdc.gov/coronavirus/2019-ncov/community/ventilation.html#:~:text=HEPA%20filters%20are%20even%20more,with%20SARS%2DCoV%2D2 (last visited May 16, 2022). |
| 40 | *Interim List of Categories of Essential Workers Mapped to Standardized Industry Codes and Titles*, CDC (updated Mar. 29, 2021), https://www.cdc.gov/vaccines/covid-19/categories-essential-workers.html (last visited May 16, 2022). |
| 41 | Joanna Gaitens et al, *COVID-19 and Essential Workers: A Narrative Review of Health Outcomes and Moral Injury*, 18 Int'l J. Env't Rsch. & Pub. Health 4, 1446 (Feb. 4, 2021), https://www.mdpi.com/1660-4601/18/4/1446 (last visited May 16, 2021). |
| 42 | Fan-Yun Lan et al., *Association between SARS-CoV-2 infection, exposure risk and mental health among a cohort of essential retail workers in the USA*, 78 Occupational Env't Med. 237-43 (Oct. 30, 2020), https://oem.bmj.com/content/oemed/78/4/237.full.pdf (last visited May 16, 2022). |
| 43 | Yea-Hung Chen et al., *Excess mortality associated with the COVID-19 pandemic among Californians 18-65 years of age, by occupational sector and occupation: March through November 2020*, 16 PLoS One 6, e0252454 (June 4, 2021), https://pubmed.ncbi.nlm.nih.gov/34086762/ (last visited May 16, 2022). |
| 44 | *The plight of essential workers during the COVID-19 pandemic*, 395 Lancet 1587 (May 23, 2020), https://www.thelancet.com/action/showPdf?pii=S0140-6736%2820%2931200-9 (last visited May 16, 2022). |

| | |
|---|---|
| 45 | Artis Curiskis et al., *Federal COVID Data 101: Working with CMS Nursing Home Data*, Atlantic (Mar. 4, 2021), https://covidtracking.com/analysis-updates/federal-covid-data-101-working-with-cms-nursing-home-data (last visited May 16, 2022). |
| 46 | P. Rusin et al., *Comparative surface-to-hand and fingertip-to-mouth transfer efficiency of gram-positive bacteria, gram-negative bacteria, and phage*, 93 J. Applied Microbiology, 4, 585-92 (Sept. 18, 2002), https://pubmed.ncbi.nlm.nih.gov/12234341/ (last visited May 16, 2022). |
| 47 | A. Meiksin, *Dynamics of COVID-19 transmission including indirect transmission mechanisms: a mathematical analysis*, 148 Epidemiology & Infection e257, 1-7 (Oct. 23, 2020), https://www.cambridge.org/core/journals/epidemiology-and-infection/article/dynamics-of-covid19-transmission-including-indirect-transmission-mechanisms-a-mathematical-analysis/A134C5182FD44BEC9E2BA6581EF805D3 (last visited May 16, 2022). |
| 48 | Jing Cai et al., *Indirect Virus Transmission in Cluster of COVID-19 Cases, Wenzhou, China, 2020*, 26 Emerging Infections Diseases 6 (June 2020), https://wwwnc.cdc.gov/eid/article/26/6/20-0412_article (last visited May 16, 2022). |
| 49 | *New coronavirus stable for hours on surfaces*, Nat'l Inst. Health (Mar. 17, 2020), https://www.nih.gov/news-events/news-releases/new-coronavirus-stable-hours-surfaces (last visited May 16, 2022). |
| 50 | Stephanie A. Boone & Charles P. Gerba, *Significance of Fomites in the Spread of Respiratory and Enteric Viral Disease*, 73 Applied & Env't Microbiology 6, 1687-96 (Mar. 2007), https://aem.asm.org/content/73/6/1687 (last visited May 16, 2022). |
| 51 | Boris Pastorino et al., *Prolonged Infectivity of SARS-CoV-2 in Fomites*, 26 Emerging Infectious Diseases 9 (Sept. 2020), https://wwwnc.cdc.gov/eid/article/26/9/20-1788_article (last visited May 16, 2022). |
| 52 | G. Kampf et al., *Persistence of coronaviruses on inanimate surfaces and their inactivation with biocidal agents*, J. Hosp. Infection 104, 246-51 (Feb. 6, 2020), https://www.journalofhospitalinfection.com/action/showPdf?pii=S0195-6701%2820%2930046-3 (last visited May 16, 2022). |

| | |
|---|---|
| 53 | Leah F. Moriarty et al., *Public Health Responses to COVID-19 Outbreaks on Cruise Ships — Worldwide, February–March 2020*, 69 MMWR 12, 347-52 (Mar. 27, 2020), https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e3.htm (last visited May 16, 2022). |
| 54 | Zhen-Dong Guo et al., *Aerosol and Surface Distribution of Severe Acute Respiratory Syndrome Coronavirus 2 in Hospital Wards, Wuhan, China, 2020*, 26 Emerging Infectious Diseases 7, 1583-91 (July 2020), https://pubmed.ncbi.nlm.nih.gov/32275497/ (last visited May 17, 2022). |
| 55 | *Create*, Merriam-Webster, https://www.merriam-webster.com/dictionary/create (last visited May 16, 2022). |
| 56 | Nevio Cimolai, *Environmental and decontamination issues for human coronaviruses and their potential surrogates*, 92 J. Med. Virology 11, 2498-510 (June 12, 2020), https://onlinelibrary.wiley.com/doi/10.1002/jmv.26170 (last visited May 16, 2022). |
| 57 | A. K. Pitol & T. R. Julian, *Community transmission of SARS-CoV-2 by fomites: Risks and risk reduction strategies*, Env't Sci. & Tech. Letters 8, 263-69 (2021). |
| 58 | Joon Young Song et al., *Viral Shedding* and *Environmental Cleaning in Middle East Respiratory Syndrome Coronavirus Infection*, 47 Infection & Chemotherapy 4, 252-55 (Dec. 2015), https://www.icjournal.org/DOIx.php?id=10.3947/ic.2015.47.4.252 (last visited May 17, 2022). |
| 59 | Lucy Owen & Katie Laird, *The role of textiles as fomites in the healthcare environment: a review of the infection control risk*, 8 Peer J. Life & Env't e9790, 1-35 (Aug. 25, 2020), https://peerj.com/articles/9790/ (last visited May 17, 2022). |
| 60 | Zarina Brune et al., *Effectiveness of SARS-CoV-2 Decontamination and Containment in a COVID-19 ICU*, 18 Int'l J. Env't Rsch. & Pub. Health 5, 2479 (Mar. 3, 2021), https://www.mdpi.com/1660-4601/18/5/2479 (last visited May . 17, 2022). |
| 61 | Andrew T. Levin et al., *Assessing the age specificity of infection fatality rates for COVID-19: systematic review, meta-analysis, and public policy implications*, 35 Eur. J. Epidemiology 12, 1123-38 (Dec. 8, 2020), https://pubmed.ncbi.nlm.nih.gov/33289900/ (last visited May 17, 2022). |

| | |
|---|---|
| 62 | *COVID-19 Pandemic Planning Scenarios*, CDC (updated Mar. 19, 2021), https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html (last visited May 18, 2021). |
| 63 | *Large-scale Geographic Seroprevalence Surveys*, CDC (updated Oct. 2, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/geographic-seroprevalence-surveys.html (last visited May 26, 2022). |
| 64 | Aroon Chande et al., *Real-time, interactive website for US-county-level COVID-19 event risk assessment*, 4 Nature Hum. Behav. 1313-19 (Nov. 9, 2020), https://www.nature.com/articles/s41562-020-01000-9 (last visited May 17, 2022). |
| 65 | Benedict Carey & James Glanz, *Hidden Outbreaks Spread Through U.S. Cities Far Earlier Than Americans Knew, Estimates Say*, N.Y. Times (updated July 6, 2020), https://nytimes.com/2020/04/23/us/coronavirus-early-outbreaks-cities.html (last visited May 17, 2022). |
| 66 | David Dowdy & Gypsyamber D'Souza, *COVID-19 Testing: Understanding the "Percent Positive,"* Johns Hopkins Bloomberg Sch. Pub. Health (Aug. 10, 2020), https://www.jhsph.edu/covid-19/articles/covid-19-testing-understanding-the-percent-positive.html (last visited May 17, 2022 ). |
| 67 | *Emergency Order for Control of Epidemic*, Detroit Health Dep't (Oct. 9, 2020), https://detroitmi.gov/sites/detroitmi.localhost/files/2020-10/Executed%20Public%20Health%20Order%20DZF%2010-09-2020%20FINAL.PDF (last visited May 26, 2022). |
| 68 | Rengyi Xu et al., *Association between mesothelioma and non-occupational asbestos exposure: systematic review and meta-analysis*. 17 Env't Health 1, 90 (Dec. 19, 2018), https://ehjournal.biomedcentral.com/articles/10.1186/s12940-018-0431-9 (last visited May 26, 2022). |
| 69 | Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleading at Ex. D, *QDOBA Restaurant Corp. v. Zurich Am. Ins. Co.*, No. 1:20-cv-03575-DDD-SKC (D. Colo. Feb. 28, 2022), ECF No. 69-4; (Defendant Zurich American Insurance Company's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint at Ex. 2, *Down Ford, Inc. v. Zurich*, No. 3:20-cv-08595-BRM-ZNQ (D.N.J. July 17, 2020), ECF No. 4-3. |

| | |
|---|---|
| 70 | Detroit Entertainment – Zurich EDGE Interruption by Communicable Disease Endorsement |
| 71 | Detroit Entertainment – Virus Deletion Endorsement |
| 72 | New York EDGE II Filing (submitted to New York on April 3, 2020; disapproved on September 22, 2020). This document was retrieved from the System for Electronic Rate and Form Filing (SERFF) created by the National Association of Insurance Commissioners (NAIC) for submitting and accessing filings. SERFF is the official system used by most states in the U.S. |
| 73 | Louisiana EDGE Endorsement Filing, the "Modified Louisiana Endorsement" (submitted to Louisiana on August 31, 2020; approved on September 8, 2020). This document was also retrieved from SERFF. |
| 74 | Modified Louisiana Endorsement as filed as an exhibit to the complaint in *Watson Woods Healthcare, Inc., et al. v. Zurich Am. Ins. Co.*, No. 1:21-cv-01150 (N.D. Ill.). |
| 75 | Modified Louisiana Endorsement as filed as an exhibit to the complaint in *Kaleida Health v. American Guarantee and Liability Insurance Company*, No. 803098/2022 (N.Y. Sup. Ct. Mar. 15, 2022). |