# Exhibit 2

August 18, 2020

# Immune cells for common cold may recognize SARS-CoV-2

## At a Glance

- A study of blood samples taken before the COVID-19 pandemic showed that some people already had certain immune cells that recognize SARS-CoV-2.
- These immune cells also reacted with coronaviruses that cause common colds.
- The findings suggest that existing immune cells may help account for the wide range of symptoms experienced by people with COVID-19.



Previous infections by coronaviruses that cause colds may help account for the wide variety of responses people have to SARS-CoV-2. *fizkes / iStock / Getty Images Plus*

The virus responsible for the COVID-19 pandemic, SARS-CoV-2, is part of a large family of coronaviruses. Coronaviruses usually cause mild to moderate upper-respiratory tract illnesses, like the common cold. However, SARS-CoV-2 can cause serious illness and even death. Why people's COVID-19 symptoms vary so greatly isn't fully understood.

Your body's disease defense system, the immune system, makes B and T cells when exposed to pathogens like viruses and bacteria. B cells make antibodies, which neutralize the microbes, rendering them harmless. T cells have a variety of functions, including killing infected cells and activating or recruiting other immune cells.

Once your body fends off a microbe, it retains some disease fighting cells as memory cells. The next time you're exposed to it, a memory cell is ready to fight the disease again. This gives your immune system a head start in combating the disease.

Previous studies have reported that 20–50% of people who hadn't been exposed to SARS-CoV-2 showed T cell responses against different parts of the SARS-CoV-2 virus. To investigate further, a research team led by Drs. Alessandro Sette and Daniela Weiskopf at the La Jolla Institute for Immunology tested blood samples collected between March 2015 and March 2018 for T-cell responses against different pieces of SARS-CoV-2. The work was funded by NIH's National Institute of Allergy and Infectious Diseases (NIAID). Results were published on August 4, 2020 in *Science*.

The team first tested the volunteers' T cells for responses against several pools of peptides—the short stretches of amino acids that make up proteins. Each peptide consisted of 15 amino acids from SARS-CoV-2. Cells that showed a response to a pool of peptides were then tested again against a pool of peptides spanning the spike protein (the part of the virus that latches onto human cells) or pools of 10 peptides each that spanned the non-spike regions of the virus. The team screened 474 SARS-CoV-2 peptides total.

The team narrowed the pools until they identified 142 fragments of the virus that interacted with the T cells—66 from the spike protein and 76 from non-spike regions. Of these, 40 were recognized by T cells from two or more donors. These fragments might prove useful for COVID-19 vaccine trials and tracking memory T cells during infection.

The researchers generated T cell lines from the memory cells that recognized SARS-CoV-2 fragments. They then tested them for cross-reactivity against a peptide pool from other coronaviruses. They found that of the SARS-CoV-2 and "common cold" coronavirus fragments that were most similar (at least 67% genetic similarity) 57% showed cross-reactivity by memory T cells.

"We have now proven that, in some people, pre-existing T cell memory against common cold coronaviruses can cross-recognize SARS-CoV-2, down to the exact molecular structures," Weiskopf says. "This could help explain why some people show milder symptoms of disease while others get severely sick."

"It still remains to be addressed whether this immune memory reactivity influences clinical outcomes and translates into some degrees of protection from more severe disease," adds Sette. "Having a strong T cell response, or a better T cell response may give you the opportunity to mount a much quicker and stronger response."

Notably, these findings contrast with those from antibodies, which haven't shown significant cross-reactivity between common cold coronaviruses and SARS-CoV-2. More research is needed to determine whether immune cell cross-reactivity contributes to the wide range of symptoms seen with COVID-19.

—by Tianna Hicklin, Ph.D.

## Related Links

- Potent Neutralizing Antibodies Target New Regions of Coronavirus Spike (https://www.nih.gov/news-events/nih-research-matters/potent-neutralizing-antibodies-target-new-regions-coronavirus-spike)
- Experimental Coronavirus Vaccine is Safe and Produces Immune Response (https://www.nih.gov/news-events/nih-research-matters/experimental-coronavirus-vaccine-safe-produces-immune-response)
- Potent Antibodies Found in People Recovered from COVID-19 (https://www.nih.gov/news-events/nih-research-matters/potent-antibodies-found-people-recovered-covid-19)
- Unique Genomic Features of Fatal Coronaviruses (https://www.nih.gov/news-events/nih-research-matters/unique-genomic-features-fatal-coronaviruses)
- Cancer Drug May Reduce Symptoms of Severe COVID-19 (https://www.nih.gov/news-events/nih-research-matters/cancer-drug-may-reduce-symptoms-severe-covid-19)
- Early Results Show Benefit of Remdesivir for COVID-19 (https://www.nih.gov/news-events/nih-research-matters/early-results-show-benefit-remdesivir-covid-19)
- Llama Antibody Engineered to Block Coronavirus (https://www.nih.gov/news-events/nih-research-matters/llama-antibody-engineered-block-coronavirus)
- Microneedle Coronavirus Vaccine Triggers Immune Response in Mice (https://www.nih.gov/news-events/nih-research-matters/microneedle-coronavirus-vaccine-triggers-immune-response-mice)
- Study Suggests New Coronavirus May Remain on Surfaces for Days (https://www.nih.gov/news-events/nih-research-matters/study-suggests-new-coronavirus-may-remain-surfaces-days)
- Novel Coronavirus Structure Reveals Targets for Vaccines and Treatments (https://www.nih.gov/news-events/nih-research-matters/novel-coronavirus-structure-reveals-targets-vaccines-treatments)
- Overview of the Immune System (https://www.niaid.nih.gov/research/immune-system-overview)

- Coronavirus (COVID-19) (https://www.nih.gov/coronavirus)
- Coronavirus Prevention Network (https://www.coronaviruspreventionnetwork.org/)
- Coronavirus (COVID-19) (CDC) (https://www.coronavirus.gov/)

**References:** Selective and cross-reactive SARS-CoV-2 T cell epitopes in unexposed humans. Mateus J, Grifoni A, Tarke A, Sidney J, Ramirez SI, Dan JM, Burger ZC, Rawlings SA, Smith DM, Phillips E, Mallal S, Lammers M, Rubiro P, Quiambao L, Sutherland A, Yu ED, da Silva Antunes R, Greenbaum J, Frazier A, Markmann AJ, Premkumar L, de Silva A, Peters B, Crotty S, Sette A, Weiskopf D. *Science*. 2020 Aug 4:eabd3871. doi: 10.1126/science.abd3871. Online ahead of print. PMID: 32753554.

**Funding:** NIH's National Institute of Allergy and Infectious Diseases (NIAID) and John and Mary Tu Foundation.

## In this Edition

Multifocal contact lenses slow myopia progression in children

Blood tests show promise for early Alzheimer's diagnosis

Immune cells for common cold may recognize SARS-CoV-2

## Search NIH Research Matters

## Connect with Us

Subscribe to get NIH Research Matters by email

RSS Feed

Facebook

Email us

**Mailing Address:**
NIH Research Matters
Bldg. 31, Rm. 5B52, MSC 2094
Bethesda, MD 20892-2094

## Popular Stories

Lasting immunity found after recovery from COVID-19

Immune response to vaccination after COVID-19

Rehab program helps frail older adults with heart failure

How COVID-19 variants evade immune response

Experimental coronavirus vaccine highly effective

## About NIH Research Matters

**Editor:** Harrison Wein, Ph.D. **Assistant Editor:** Erin Bryant

***NIH Research Matters*** is a weekly update of NIH research highlights reviewed by NIH's experts. It's published by the Office of Communications and Public Liaison in the NIH Office of the Director.

ISSN 2375-9593