# Exhibit 14

The Wayback Machine - https://web.archive.org/web/20200506094904/https://www.who.int/emergencies/disease…

World Health Organization

< Go back to all Coronavirus disease 2019 Q&As

# Q&A on coronaviruses (COVID-19)

17 April 2020 | Q&A

WHO is continuously monitoring and responding to this outbreak. This Q&A will be updated as more is known about COVID-19, how it spreads and how it is affecting people worldwide. For more information, check back regularly on WHO's coronavirus pages. https://www.who.int/covid-19
Updated online: 4 May 2020

What is a coronavirus?

What is COVID-19?

What are the symptoms of COVID-19?

What should I do if I have COVID-19 symptoms and when should I seek medical care?

How does COVID-19 spread?

People can catch COVID-19 from others who have the virus. The disease spreads primarily from person to person through small droplets from the nose or mouth, which are expelled when a person with COVID-19 coughs, sneezes, or speaks. These droplets are relatively heavy, do not travel far and quickly sink to the ground. People can catch COVID-19 if they breathe in these droplets from a person infected with the virus. This is why it is important to stay at least 1 meter) away from others. These droplets can land on objects and surfaces around the person such as tables, doorknobs and handrails. People can become infected-by touching these objects or surfaces, then touching their eyes, nose or mouth. This is why it is important to wash your hands regularly with soap and water or clean with alcohol-based hand rub.

WHO is assessing ongoing research on the ways that COVID-19 is spread and will continue to share updated findings.

---

Can COVID-19 be caught from a person who has no symptoms?

---

How can we protect others and ourselves if we don't know who is infected?

---

What should I do if I have come in close contact with someone who has COVID-19?

---

What does it mean to self-isolate?

---

What should I do if I have no symptoms, but I think I have been exposed to COVID-19? What does it mean to self-quarantine?

---

What is the difference between self-isolation, self-quarantine and distancing?

---

Can children or adolescents catch COVID-19?

What can I do to protect myself and prevent the spread of disease?

Is there a vaccine, drug or treatment for COVID-19?

Does WHO recommend wearing medical masks to prevent the spread of COVID-19?

How to properly wear a medical mask?

How long does it take after exposure to COVID-19 to develop symptoms?

What is the connection between COVID-19 and animals?

Can I catch COVID-19 from my pet?

How long does the virus survive on surfaces?

How to grocery shop safely?

How to wash fruits and vegetables?

Are antibiotics effective in preventing or treating COVID-19?

Can I catch COVID-19 from the faeces of someone with the disease?

## Information links

COVID-19 website

EPI-WIN: WHO Information Network for epidemic

**WHO TEAM** Health Emergencies Preparedness and Response

## Related

**Related Q&As:**

Q&A on COVID-19 and pregnancy and childbirth

Q&A on COVID-19 and breastfeeding

Q&A on COVID-19 and masks

Q&A on COVID-19, HIV and antiretrovirals

Q&A: Similarities and differences – COVID-19 and influenza

Q&A on Mass Gatherings and COVID-19

Q&A on infection prevention and control for health care workers caring for patients with suspected or confirmed 2019-nCoV

Q&A on COVID-19 and food and agriculture

Q&A on smoking and COVID-19

Q&A: Be active during COVID-19

Q&A on Malaria and the COVID-19 pandemic

Q&A on Immunization in the context of COVID-19 pandemic

Q&A: Violence against women during COVID-19

Q&A: Contraception/family planning and COVID-19




**Start the conversation**

## More

Ethics and COVID-19: resource allocation and priority setting

Q&A for Adolescents and Youth Related to COVID-19

-

Subscribe to the WHO newsletter →