UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT ENTERTAINMENT, LLC,

    Plaintiff,

v.

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY,

    Defendant.
_____/

Case No. 21-cv-10661
Hon. Matthew F. Leitman

**ORDER MODIFYING SUPPLEMENTAL BRIEFING ORDER (ECF No. 29)**

On October 4, 2021, the Court issued a supplemental briefing order in which it directed the parties to file, 14 days prior to the scheduled hearing on Defendant's motion to dismiss, supplemental briefs addressing "any [relevant] decisions issued since the completion of the briefing on the motion to dismiss." (Order, ECF No. 29, PageID.1964.) The hearing is now scheduled for February 23, 2023. (*See* Notice of Hearing, ECF No. 52.)

The Court hereby modifies its October 4 order as follows. On the first page of each party's supplemental brief, the parties shall, without any argument, list the most relevant cases that support their position. More specifically, Plaintiff shall list its five most "on point" cases – meaning cases ruling in favor of a plaintiff seeking coverage (1) under a policy that contained relevant language most like the relevant

1

language in the policy at issue here and (2) based upon allegations or evidence most like the allegations in the Amended Complaint.  And Defendant shall list its five most "on point" cases – meaning cases ruling against a plaintiff seeking coverage (1) under a policy that contained relevant language most like the relevant language in the policy at issue here and (2) based upon allegations or evidence most like the allegations in the Amended Complaint.  On the following pages of the supplemental briefs, the parties may expand upon why those cases (and any others decided after the original briefing was completed) are relevant to the arguments raised in the motion to dismiss.  The supplemental briefs shall not exceed 15 pages.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  January 12, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126