UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT ENTERTAINMENT, LLC,

     Plaintiff,

v.

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY,

     Defendant.

Case No. 21-cv-10661
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 7, 2023
Detroit, Michigan

1